IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA BARNHILL
and REGINA GOINES,

Plaintiffs,

v.

THE COUNTY OF PULASKI
and RANDY KERN, PULASKI
COUNTY SHERIFF, in his individual
and official capacity,

Defendants.  No. 08-0720-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the parties' stipulation of dismiss with prejudice (Doc. 34). Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 2nd day of July, 2009.

/s/   David R. Herndon

**Chief Judge**
**United States District Court**