# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA BARNHILL AND REGINA GOINES, </br></br> Plaintiffs, </br></br> VS. </br></br> THE COUNTY OF PULASKI AND RANDY KERN, PULASKI COUNTY SHERIFF, in his individual and official capacity, </br></br> Defendants. | NO. 08-CV-720-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation for Dismissal.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order executed by this Court on July 2, 2009, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

**JUSTINE FLANAGAN, ACTING CLERK**


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: July 6, 2009.


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT